UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR11-208RAJ |
|---|---|
| Plaintiff | PROTECTIVE ORDER |
| v. | |
| RICKY GEORGE, | |
| Defendant. | |

Upon the unopposed motion of the United States, and the Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel of record for defendant RICKY GEORGE shall not provide defendant RICKY GEORGE or any other person with copies of, or allow the unsupervised review of, any discovery material produced by the government which contains:

(a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, current address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information") unless it belongs to the individual defendant; or

United States v. George, CR11-208RAJ
Protective Order- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(b) financial information of any individual (other than the defendant) or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant.

Nothwithstanding the foregoing, defense counsel may provide discovery to defendant if counsel first redacts the Personal Information and Financial Information from the discovery material. If defendant is permitted to review the unredacted material under the supervision of defense counsel, defendant shall not be permitted to make any notes or other record of Personal Information or Financial Information.

IT IS FURTHER ORDERED that, subject to the restrictions above, neither defense counsel nor defendant shall provide any unredacted discovery material produced by the government to any person without the government's express written permission, except that defense counsel may provide discovery material to those persons who are necessary to assist counsel of record in preparation for trial or other proceedings and who agree to be bound by the terms of this Protective Order.

DATED this 7th day of January, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

United States v. George, CR11-208RAJ
Protective Order- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970